COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CEDRIC L. BROWN, | § | No. 08-08-00126-CR |
| Appellant, | § | Appeal from |
| v. | § | County Criminal Court No. 11 |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| Appellee. | § | (TC # MA07-30083-N) |
|  | § |  |

**MEMORANDUM OPINION**

Pending before the Court is a motion to dismiss filed by the Appellant pursuant to TEX.R.APP.P. 42.2(a). Appellant has personally signed the withdrawal of the notice of appeal and has filed it prior to the appellate court's decision. Further, Appellant filed a duplicate copy of the motion with this Court and that copy has been forwarded to the trial court clerk. Because Appellant has established compliance with the requirements of Rule 42.2(a), we dismiss the appeal.

January 29, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)